# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANDRE LOPER,
                Appellant,
          vs.
THE STATE OF NEVADA,
                Respondent.

No. 74485

**FILED**

FEB 07 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

On November 13, 2017, appellant filed a notice of appeal. The document does not specifically identify any judgments of the district court. To the extent that appellant appeals from the judgment of conviction, entered April 28, 2015, or the order denying a motion to modify sentence entered on September 8, 2017, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-04483

cc: Hon. Carolyn Ellsworth, District Judge
Deandre Loper
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A